OPINION — AG — ** CONSUMER CREDIT — MORTGAGE CONTRACT ** (1) 14A O.S. 3-201 [14A-3-201](1)(A) PERMITS THE PARTIES TO A CONSUMER CREDIT MORTGAGE CONTRACT TO CONTRACT FOR PAYMENT OF THE MORTGAGEE OF MORTGAGE RELEASE RECORDATION FEES. (2) OPINION NO. 78-276 IS HEREBY MODIFIED TO REFLECT THE VIEW EXPRESSED HEREIN. (CONSUMER CREDIT CODE, MORTGAGES, RECORDATION FEES) CITE: OPINION NO. 78-276, 14A O.S. 1-301 [14A-1-301], 14A O.S. 3-202 [14A-3-202] 14A O.S. 3-202 [14A-3-202](1), 46 O.S. 15 [46-15] 46 O.S. 16 [46-16] (FLOYD W. TAYLOR)